Mr Sergei Vadimovitch Stepashin
Prime Minister of the Russian Federation
The White House
Moscow

July 22nd

Dear Mr Stepashin,

I am writing to seek your support in achieving the amicable settlement of current bankruptcy cases against OAO Sidanco and its principal subsidiaries.

BP Amoco is the largest foreign direct investor in the Russian Federation with total investments of over $750 million. One of our most important interests is a 10% equity stake in Sidanco. The Sidanco holding company and a number of its principal subsidiaries, including the Chernogorneft and Varyegannefregas production daughters and the Angarsk refinery and petrochemicals complex, are currently the subject of bankruptcy proceedings.

BP Amoco has taken the lead with other creditors and shareholders in efforts to reach an amicable settlement of these cases. I am pleased to note that on Friday 16th July, creditors and shareholders reached agreement on the terms of a proposed amicable settlement of the Sidanco holding company bankruptcy. Implementation of this amicable settlement is conditional on reaching an amicable settlement of the Chernogorneft and Varyegannefregas cases and a resolution of the position at Angarsk refinery.

BP Amoco and other shareholders have indicated that, following implementation of the Sidanco amicable settlement, they will be prepared to inject substantial new capital resources to assist in restoring the company to good financial health.

In order to resolve the position at Sidanco and to facilitate the flow of new investment, I would welcome the clear commitment of yourself and your government in three key areas:

1. Support for amicable settlement of the Sidanco, Chernogorneft and Varyegannefregas bankruptcy cases within the provisions of the bankruptcy law of the Russian Federation
2. Close scrutiny by the Federal Service for Insolvency and Financial Rehabilitation of the conduct of bankruptcy cases against principal Sidanco subsidiaries including Chernogorneft, Varyegannefregas and Kondpetroleum

3. Ministry of Fuel and Energy to convene a joint working group of federal, regional and industrial interests to agree the recovery plan for Angarsk refinery and petrochemicals complex

The Sidanco bankruptcy case is seen by international investors as a critical litmus test of investment prospects in the Russian Federation. I believe that a successful amicable settlement of the Sidanco bankruptcy case would be widely seen as an encouraging signal for international investors. I look forward to your support in achieving a successful outcome.

Yours sincerely

Sir John Browne

Attachments:

1. Information Note on BP Amoco in Russia
2. Copy of BP Amoco Press Statement of 16th July 1999 regarding amicable settlement of the Sidanco bankruptcy case

## Information Note on BP Amoco in Russia

BP Amoco is at present the largest foreign direct investor in the Russian Federation with a total commitment to date of over $750 million. This commitment is expected to grow to over $1 billion by the end of 1999 when BP Amoco completes the acquisition of the worldwide assets of the US based Atlantic Richfield Company (ARCO).

Principal BP Amoco interests in Russia are:

- 10% equity stake in OAO Sidanco acquired in November 1997 for $484 million
- 20% interest in RUSIA Petroleum. This company is exploring and developing the giant Kovyktinskoye gas condensate field in East Siberia
- network of international standard gasoline retail stations in Moscow
- agreement with Rosneft/Sakhalinmorneftegas for exploration of Sakhalin V and prospective participation in other Sakhalin developments
- equity interest in Gasprom through Ruhrgas
- prospective 8% interest in LUKOIL through the ARCO acquisition

It should also be noted that BP Amoco is the leading foreign investor and offshore operator in the Azerbaijan Caspian.

The recent merger with Amoco and the forthcoming acquisition of ARCO puts BP Amoco amongst the ten largest companies in the world. Around 50% of the assets and business activity of the company are located in the United States, where BP Amoco is the largest single producer of both crude oil and natural gas. Under the leadership of Chief Executive Sir John Browne, the company has developed a reputation for professionalism and environmental and social commitment which is probably unmatched in the global industry.

BP Amoco is a serious long term investor in the Russian Federation. The company acknowledges that it has experienced major problems with its investment in Sidanco. Nevertheless, BP Amoco is committed to resolving these problems and has taken the lead in efforts to restore Sidanco to good financial and operational health.

It is clear that the success or otherwise of these efforts will have a critical impact on the willingness of BP Amoco to commit further substantial investments in the Russian Federation. It is also clear that the international investment community sees the Sidanco case as a powerful litmus test of the prospects for all foreign investment in the Russian economy.

The principal difficulties encountered by BP Amoco in resolving the problems at Sidanco arise from the operation of the bankruptcy law of the Russian Federation. The Sidanco holding company was put into bankruptcy in January 1999. Since that point BP Amoco has worked closely with other creditors and shareholder to develop a recovery plan for the company.

This plan is now encouragingly close to completion. On 1st July the Chairman of the Creditors' Committee announced that major creditors have agreed the principles of an amicable settlement. BP Amoco and Russian shareholders have also indicated that they are prepared to contribute their share of the new capital required to restore the company to solvency. In BP Amoco's case the financing contribution would exceed our current 10% stake in the company. Negotiations are continuing to resolve a number of outstanding technical and shareholder issues.

However, before Sidanco can be released from bankruptcy and before BP Amoco will release its funding contribution, it will also be necessary to resolve ongoing bankruptcy proceedings at a number of key West Siberian production subsidiaries. It is in this area where the operation of the bankruptcy laws is causing the greatest difficulty. The position is as follows:

| | |
|---|---|
| Chernogorneft | This subsidiary was placed under external management on 17th December 1998. The principal creditors are the European Bank for Reconstruction and Development (EBRD) and the US ExIm Bank. On 27th May 1999, the external manager was removed against the wishes of the overwhelming majority of creditors by a decision of the Federal Arbitration Court of the West Siberian Okrug (Cassation Instance) in Tyumen. The minority creditors who supported this action appear to be linked to the Tyumen Oil Company (TNK). TNK is a competitor of Sidanco and has openly declared its intention to acquire the Chernogorneft subsidiary. The EBRD and US ExIm have challenged the Tyumen decision in the Supreme Court |
| Kondpetroleum | This subsidiary was placed under external management in October 1998. Crude produced by this subsidiary since that date has been diverted by the external manager to companies associated with Tyumen Oil Company and the Alpha Group. As a result of clearing major federal tax arrears of Kondpetroleum in late 1997, the Sidanco holding company is the largest non-State creditor of Kondpetroleum. However, the courts have consistently and systematically excluded Sidanco from its legitimate rights as a creditor and thus from any influence over the bankruptcy process. |
| Varyeganneftegas | This subsidiary made substantial progress during the first four months of 1999 in repaying debts arising from the severe liquidity crisis in the oil industry in the second half of 1998. Despite this the company was placed into bankruptcy on 22nd April 1999, following a petition by the Medical Insurance Fund of Khanti-Mansiysk Okrug for a debt of Rb 1.2 million. There are serious irregularities surrounding the appointment and qualifications of the temporary manager appointed by the Arbitration Court. Sidanco has brought these issues to the attention of the Court and the Federal Insolvency Service but has at yet received no response. |

                                Crude deliveries have meanwhile been diverted from Sidanco through other trading companies.

Sidanco is seeking to negotiate amicable settlements of the bankruptcies at Chernogorneft and other subsidiaries as part of the overall Sidanco recovery plan. However, in view of the serious irregularities in the bankruptcy proceedings at the principal Sidanco subsidiaries, BP Amoco is gravely concerned that amicable settlements proposed by Sidanco for resolution of these bankruptcy cases will not receive fair consideration. In these circumstances it will not be possible to complete the release from bankruptcy of the Sidanco holding company. It should also be clear that such abuse of bankruptcy proceedings has a damaging impact on broader investor confidence.

BP Amoco and the major Sidanco creditors have sought to maintain an informed dialogue with the Federal Service for Insolvency and Financial Rehabilitation (FSDN) throughout the bankruptcy process. However, BP Amoco and the major Sidanco creditors believe that the conduct of the bankruptcy proceedings with respect to the above subsidiaries has not received the degree of investigation and supervision merited by the importance of the Sidanco case. Investors and creditors would welcome the more active interest of the appropriate federal agencies in investigating and resolving the position at the Sidanco subsidiaries in accordance with the full provisions of Russian bankruptcy law.

Finally it should be noted that an amicable settlement of the Sidanco bankruptcy case would provide several encouraging signals regarding the broader development of the Russian economy:

- provide a significant and internationally recognised success for the operation of the Russian bankruptcy laws
- balance the widespread belief amongst investors that the bankruptcy law functions primarily as a vehicle for asset stripping and appropriation
- provide one of the first examples of successful Russian/international investor collaboration since the financial crash of August 1998

The signing of an amicable agreement at the level of the holding company and the subsidiaries would open the way to financial revitalisation of Sidanco and its conversion into an efficient and competitive Russian company. Sidanco will then become a key example of how foreign direct investments can make a major contribution to economic growth in Russia.

Howard Chase
BP Amoco Moscow
8/7/99