

BP Amoco Corp.
1776 I Street, NW, Suite 1000
Washington, DC 20006
(202) 457-6591

Michael E. Townshend
Director, International Affairs

August 25, 1999

Mr J. Harmon
President and Chairman
Export-Import bank of the United States
811 Vermont Avenue, NW
Washington DC 20571

Dear Mr Harmon:

Today, an offer was made by BP Amoco and other shareholders of Sidanco to purchase the registered debt of all the creditors of Chernogorneft.

This offer will enable the current bankruptcy case against Chernogorneft to be cleared, and pave the way for restructuring of Sidanco. I hope this will also provide more clarity for you in considering ExIm's plans and operations in Russia.

All of this presupposes acceptance by the Chernogorneft external manager. If the offer is rejected it will call into question the motives and intent behind the bankruptcy ruling of Chernogorneft on August 3rd. If you have any questions please do not hesitate to call.

Yours sincerely

Michael

encl.- Press release