**BP**Amoco



BP Amoco Corp
1776 I Street, NW, Suite 1000
Washington, DC 20006
(202) 457-6591

Michael E. Townshend
Director, International Affairs

DRF

October 1, 1999

James A. Harmon
President and Chairman
Export-Import Bank of the United States
811 Vermont Avenue, NW
Washington, DC 20571

Dear Mr. Harmon:

Thank you for the opportunity to meet with you during your brief visit to Moscow.

The Russian Government has been increasingly engaged in their resolve to preserve Sidanco as a vertically integrated company. During First Deputy PM Khristenko's visit to the US this week the subject came up on a number of occasions, including by the National Security Council who encouraged an outcome that was transparent, objective and beyond reproach. Already this seems to be taking effect with the removal of one external manager and a criminal investigation of another from Chernogorneft.

As part of our own investigation we have collected considerable data detailing the diversion of funds from Sidanco subsidiaries under external management. To assist your own evaluation I would be happy to share this information with you, or your staff at your convenience.

Yours faithfully,

cc: Ms. J. Clegg