

HOOPER
OWEN
& GOULD
WINBURN

801 PENNSYLVANIA AVENUE, NW
SUITE 730
WASHINGTON, DC 20004
TELEPHONE: (202) 638-7780
FAX: (202) 638-7787

November 30, 1999

Jackie M. Clegg
Vice Chairman, First Vice President and
   Chief Operating Officer
EXPORT-IMPORT BANK OF THE UNITED STATES
811 Vermont Avenue, N.W.
Washington, D.C. 20571-0002

Dear Jackie:

Thank you very much for our meeting week before last. It took me a little time to gather the information necessary to respond to some of your comments and suggestions. Since then, events have somewhat overtaken us.

I indeed trust that you were watching the activities on the 26th as closely as you had planned to. You are probably aware that armed guards prevented the court actions prohibiting the sale from being served. I am sure that you are also aware that the Sputnik group which included Soros, The Harvard Trust, the private investors I represent, as well as many others, also were not allowed to bid. I will leave all that for a later time and proceed with the answers to what I gleaned to be your concerns during our visit.

You made reference that "all this could be avoided if BP had just paid off the debt". The proposed amicable settlement in April this year was designed to do just that. In August BP Amoco offered to purchase all of the registered debt of Chernogorneft for cash at face value. The amicable settlement, which took several months to put in place, needed unanimity by all of Sidanco's shareholders. It was rejected by one shareholder, who was a major creditor to TNK. You will have to draw your own conclusions as to the reasons why this was unsuccessful. The debt purchase offer made by BP Amoco on Chernogorneft was not only rejected by the external manager of Chernogorneft, who never even read the offer, but he also refused to even give a list of the creditors (there are some five hundred of them). Although no reasons were given by the external manager, one has to question why he would then recommend liquidation of the company at less than market value when an offer was made to rescue the company. Despite this, BP Amoco still sought to take off the debt of Chernogorneft creditors. One of the creditors who came forward then requested two days later that BP Amoco reinstate his debt as his family had been threatened. Again, you will have to draw your own conclusions as to how clean this has been.

Jackie Clegg
November 30, 1999
Page Two

You made several references that this all could have been resolved much sooner. Yes, this would have been true if the court system in Russia had been transparent and open. You will remember that when Chernogorneft was first declared bankrupt back in October 1998, Ex-Im, along with EBRD failed to have their debt recognized, even though they were the major creditors. Firmer action by the agencies at this time may have had a very different effect on the outcome. As it was, three companies with a combined holding of 2% of the registered debt defeated appeals made by Ex-Im and EBRD, who collectively held over 50% of the debt.

From Sidanco's perspective, one has to wonder why the EBRD and Ex-Im agencies were so unsuccessful. It must have been irregularities working against the Banks as major creditors, or that the Banks were content to let their position be undermined by the court system and minority creditors.

You also made reference to a potential liquidation of Chernogorneft being a firesale. We still see no reason for this sale to have occurred as Chernogorneft was a perfectly healthy company and I fail to see why Ex-Im felt that liquidation was necessary. What was true was that the financial health of the company was being obscured to make a case for liquidation. First of all, oil was sold for well below market price which cost Chernogorneft at least $25 million in August alone. Secondly, the increase in receivables for the first half of the year was 50%. Thirdly, the external manager increased operating costs in the last half of the year by over 50 percent and increased capital expenditures by over 250%.

Even at that, financial analysis of the company shows that sufficient cash-flow is available to repay all creditors and all debts to the budget and non-budget funds in full. The registered debt of the company is equivalent to less than three months net cash-flow at current prices. Most important, the liquidation which occurred under the most questionable of circumstances allowed Cherngorneft to be sold without an open tender, by approval of a majority of creditors committee. The plan provided for no minimum sale price to ensure the creditors are repaid in full. Therefore, the plan was directed at a rapid transfer of ownership of the business through a closed sale, rather than a restoration of solvency using available cash-flow.

This has not been a clean business. How this continues is in part in Ex-Im's own hands. Having spoken to BP Amoco I understand that they wrote to Jim Harmon in October offering to detail how funds had been diverted from Sidanco subsidiaries under external management. They received no response.

Jackie Clegg
November 30, 1999
Page Three

      Needless to say, the very questionable occurrences of November 26th will be examined, litigated and illuminated. It is my understanding that the Banking Committee, as well as other interested subcommittees and committees, intend hearings in February. Surely the Bank would not proceed with these two guarantees until the subject hearings have occurred.

      In addition to everything else, all the word coming from the State Department and the National Security Council indicates outrage with the Russian savagery in Chechneya and a general lessening and slow-down of aid to Russia. I am certain that that is the judgment of Congress, no matter what Senator Lugar may have indicated months ago. When one considers all of the solid, non-controversial, fully transparent transactions available to the Ex-Im Bank, it just doesn't make sense that the Bank is so determined to jump into this swamp.

      Although many of the Bank's friends in Congress are loathe to directly interfere, as was I when I was a Member, I have yet to find one that thinks this is a good idea. I am sure Paul and his colleagues can quickly smack down the points I have raised, but nevertheless, they are valid.

                                Sincerely,

                                  Charles Wilson

