## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of June, 2004 I caused to be served by DHL, copies of the Petition for Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. §1782 with Exhibits A–K on the following:

      CHUBB INSURANCE COMPANY OF CANADA
      One Financial Place,
      16th Floor,
      1 Adelaide Street East,
      Toronto, ON, M5C 2V9
      Canada

      INGOSSTRAKH INSURANCE COMPANY LTD,
      12, Pjatnitskaja Street,
      115998,
      Moscow, M-35
      Russia

Copies of the receipts evidencing the service are attached as Exhibit A.

*Marilyn Bilyk*
Marilyn Bilyk