## Shipment 1 — Waybill 782 4599 322

**Process and Track your shipment online:** http://www.dhl-usa.com
1-800-CALL-DHL (in USA only)
CMG PPF

**Payer account number and shipment value protection details**
- Charge to: [X] Shipper  [ ] Receiver  [ ] 3rd Party
- [ ] Cash  [ ] Check  [ ] Credit Card
- Payer Account No.: _____
- Shipment Value Protection: [ ] Yes, Declared Value for Carriage (in US $) _____

**From (Shipper)**
- Shipper's Account Number: 763016241
- Contact Name: O. Wiedeman
- Shipper's Reference: Norex Ins.
- Company Name: MARKS LAW OFFICE
- Address: 26TH FL, 1835 MARKET ST, PHILADELPHIA PA
- Post/ZIP Code: 19103960
- Phone: (215) 569-8901

**To (Receiver)**
- Company Name: Chubb Insurance Co. of CANADA
- Delivery Address: One Financial Place, 16th Fl., 1 Adelaide Street East, Toronto, Ontario
- Country: CANADA
- Post/ZIP Code: M5C 2V9

**Shipment Details**
- Total Number of Packages: 1
- Total Weight: 1.94 lbs

**Full Description of Contents:** Documents

**Shipper's Authorization (signature required):** M. Unluk   Date: 6/16/04

ORIGIN: PHL

**Products & Services:** [X] Int'l Express Envelope

---

## Shipment 2 — Waybill 782 4599 311

**Process and Track your shipment online:** http://www.dhl-usa.com
1-800-CALL-DHL (in USA only)
CMG PPF

**Payer account number and shipment value protection details**
- Charge to: [X] Shipper  [ ] Receiver  [ ] 3rd Party
- [ ] Cash  [ ] Check  [ ] Credit Card

**From (Shipper)**
- Shipper's Account Number: 763016241
- Contact Name: O. Wiedeman
- Shipper's Reference: Norex Ins.
- Company Name: MARKS LAW OFFICE
- Address: 26TH FL, 1835 MARKET ST, PHILADELPHIA PA
- Post/ZIP Code: 19103960
- Phone: (215) 569-8901

**To (Receiver)**
- Company Name: Ingosstrakh Ins. Co. Ltd
- Delivery Address: 12 Pjatnitskaja Street, Moscow M-35
- Country: RUSSIA

**Shipment Details**
- Total Number of Packages: 1
- Total Weight: 1.94 lbs

**Full Description of Contents:** Documents

ORIGIN: PHL

**Products & Services:** [X] US Express Envelope, [X] Int'l Express Envelope

REORDER 763016241-17   QTY 50   2/03/04