IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOREX PETROLEUM LIMITED**<br><br>Petitioner,<br><br>v.<br><br>**CHUBB INSURANCE COMPANY OF CANADA**<br>        et al<br><br>Respondents. | NO. 1:04MS00281 |

### ENTRY OF APPEARANCE

Please enter my appearance as counsel for Norex Petroleum Limited, Petitioner in the above captioned matter. Pursuant to Local Rule 83.6 my address, telephone number and bar identification number are as follows:

> Bruce S. Marks
> Marks & Sokolov, LLC
> 1835 Market Street,
> 28th Floor
> Philadelphia, PA 19103
>
> Tel. 215-569-8901
>
> D.C. Bar ID No.  CO 0034

Dated: June 15, 2004

_____
Bruce S. Marks