IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOREX PETROLEUM LIMITED:<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHUBB INSURANCE COMPANY OF CANADA,<br><br>INGOSSTRAKH INSURANCE COMPANY LTD,<br><br>　and<br><br>GREAT NORTHERN INSURANCE COMPANY<br><br>　　　　Respondents. | Judge Colleen Kollar-Kotelly<br><br>No. 1:04MS00281 |

## NOTICE

Notice is hereby given that Petitioner Norex Petroleum Ltd. served the Petition for Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 with Exhibits A – K (filed on May 27, 2004) on Jason Benner, AVP, Assistant Canadian Zone Claims Manager for Respondent Chubb Insurance Company of Canada.  The signed Certificate of Service and third party carrier receipt are attached hereto.

June 24, 2004               Respectfully submitted,

  s/Charles J. Cooper
Charles J. Cooper
Vincent J. Colatriano
Cooper & Kirk, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C.  20005
Phone:  202-220-9600