## CERTIFICATE OF SERVICE

     I hereby certify that on this 23rd day of June, 2004 I caused to be served by DHL, copies of the Petition for Discovery in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. §1782 with Exhibits A–K on the following:

> Jason Benner. AVP
> Assistant Canadian Zone Claims Manager
> CHUBB INSURANCE COMPANY OF CANADA
> One Financial Place,
> 16th Floor,
> 1 Adelaide Street East,
> Toronto, ON, M5C 2V9
> Canada

Copy of the receipt evidencing the service is attached as Exhibit A.

*Marilyn Bilyk* (signature)

Marilyn Bilyk