# DHL Waybill

**Process and Track your shipment online:** http://www.dhl-usa.com
**1-800-CALL-DHL** *In USA only*

**Waybill Number:** 782 4599 456

**Destination Code:** PHL

## 1. Payer account number and shipment value protection details
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd Party
- Payment: ☐ Cash ☐ Check ☐ Credit Card
- Payer Account No.: _____
- Shipment Value Protection: ☐ Yes Declared Value for Carriage (in US $) _____

## 2. From (Shipper)
- Shipper's Account Number: 763016241
- Contact Name: G. BURD
- Shipper's Reference: Norex Ins.
- Company Name: MARKS LAW OFFICE
- Address: 28TH FL, 1535 MARKET ST, PHILADELPHIA PA
- Post/ZIP Code: 19103-2968
- Phone: (215) 569-8901

## 3. To (Receiver)
- Company Name: Chubb Ins. Co. of Canada
- Contact Name: MR. JASON BENNER
- Delivery Address: One Financial Place, 16th Floor, 1 Adelaide Street East, Toronto, Ontario
- Country: CANADA
- Post/ZIP Code: M5C 2V9

## 4. Shipment Details
- Total Number of Packages: 1

## 5. Full Description of Contents
Documents

## 7. Shipper's Authorization
Signature: M. Burd   Date: 6/23/04

## 8. Products & Services
☒ Int'l Express Envelope