**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**NOREX PETROLEUM LIMITED**

      **Petitioner,**     **No. 1:04-MC-00281-CKK**

 **v.**

**CHUBB INSURANCE COMPANY OF
CANADA**
   **et al**

      **Respondents.**

**MOTION AND SUPPORTING POINTS AND AUTHORITIES
FOR IMMEDIATE CONSIDERATION
OF NOREX PETROLEUM LIMITED'S PETITION FOR DISCOVERY
IN AID OF A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. §1782**

   Petitioner Norex Petroleum Limited ("Norex"), by and through his attorneys

Marks & Sokolov, LLC and Cooker and Kirk, PLLC, hereby moves this Honorable Court

for an immediate consideration of its Petition For Discovery In Aid of a Proceeding

Pending Before a Foreign Legal Tribunal Pursuant To 28 U.S.C. §1782  currently before

this Court and in support thereof avers as follows:

   1. On or about June 28, 2002, Norex Petroleum filed a Statement of Claim (the

"Canadian Proceeding") in the Court of Queen's Bench of Alberta, Canada (the

"Canadian Court") against the Chubb Insurance Company of Canada, Ingostrakh

Insurance Company Ltd., and Great Northern Insurance Company (the "Respondents").

   2. On May 27, 2004 Norex filed Petition For Discovery In Aid of a Proceeding

Pending Before a Foreign Legal Tribunal Pursuant To 28 U.S.C. §1782 (the "Petition") in

this Court.

3.   The Petition was served at that time on Respondents, directly as well as on their Canadian counsel.

4.   The Certificate of Service of the Petition was filed with this Court on June 17, 2004.

5.   As set forth in the Petition, Norex seeks to obtain evidence consisting of relevant and material records of various third parties for use in the Canadian Proceeding as provided by 28 U.S.C. §1782.

6.   The persons from whom Norex seeks to obtain documents and testimony reside or may be found in this District as provided by 28 U.S.C. §1782.

7.   The Respondents have filed no objections to the Petition.

8.   The examination of witnesses in the Canadian matter is scheduled to commence on September 14, 2004 in the Alberta courts for which the documents sought may be relevant.

9.   The ruling on the Petition at this Court's earliest convenience is important to give sufficient time for the Court to resolve disputes, if any, which may arise from the entities on whom the subpoenas are being served.

WHEREFORE, Petitioner Norex Petroleum Limited respectfully request that this Honorable Court immediately consider its Petition and allow discovery in aid  of a proceeding pending before a foreign legal tribunal pursuant to 28 U.S.C. §1782.

By:   /s/ Bruce S. Marks
Bruce S. Marks, Esq.
MARKS & SOKOLOV, LLC
1835 Market Street
28th Floor
Philadelphia, PA 19103
215-569-8901

Charles J. Cooper, Esq.
D.C. Bar ID: 248070
Vincent J. Colatriano, Esq.
D.C. Bar ID: 429562
COOPER & KIRK, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C.  20005
Phone:  202-220-9600

Attorneys for Petitioner
Dated: <u>August 20, 2004</u>                    Norex Petroleum Limited

## CERTIFICATE OF SERVICE

I, Maria Temkin, hereby certify that a true and correct copy of the Petitioner Norex Petroleum Limited's Motion and Supporting Points and Authorities for an Immediate Consideration of its Petition For Discovery In Aid of a Proceeding Pending Before a Foreign Legal Tribunal Pursuant To 28 U.S.C. §1782 and Proposed Order was served on August 19, 2004, via first class mail upon the following persons:

Gene J. Bodnar, Esquire
Macleod Dixon LLP
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
Canada T2P 4H2

J. Robert Black, Esquire
Havelock B. Madill, Esquire
BROWNLEE, LLP
Suite 2200, Commerce Place
10155 –102nd Street
Edmonton, AB, Canada T5J 4G8

CHUBB INSURANCE COMPANY OF
CANADA
One Financial Place, 16th Floor,
1 Adelaide Street East,
Toronto, ON, M5C 2V9 Canada

INGOSSTRAKH INSURANCE
COMPANY LTD,
12, Pjatnitskaja Street,
115998, Moscow, M-35 Russia

GREAT NORTHERN INSURANCE COMPANY
15 Mountain View Road
P.O. Box 1615
Warren, NJ 07061-1615 USA


MARKS & SOKOLOV, LLC

By: _____
         Maria Temkin


Date: __8/20/04__