## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOREX PETROLEUM LTD,<br><br>     Petitioner,<br><br>v.<br><br>CHUBB INSURANCE CO. OF CANADA,<br>*et al.*,<br><br>     Respondent. | Misc. Action No. 04-0281  (CKK) |

**ORDER**

(August 24, 2004)

     Petitioners in the above-captioned action filed the instant Petition for Discovery on May 27, 2004, seeking discovery related to a suit pending in the Canadian courts.  Petitioners seek to serve its subpoenas on several parties, all of which maintain places of business in the District of Columbia, pursuant to 28 U.S.C. § 1782, which governs discovery for litigants before foreign and international tribunals.  Respondents do not oppose this Petition.

     The Court shall grant Petitioner's unopposed Petition, noting that nothing in 28 U.S.C. § 1782 precludes the parties on whom Petitioner plans to serve subpoenas from filing motions to quash in response.  Accordingly, it is this 24th day of August, 2004, hereby

     ORDERED that Petitioner's Petition for Discovery is GRANTED.

                                                            /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge