IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOREX PETROLEUM LIMITED**<br><br>　　　　Petitioner,<br><br>v.<br><br>**CHUBB INSURANCE COMPANY OF CANADA**<br>　　et al<br><br>　　　　Respondents. | No.　1:04-MC-00281-CKK |

**ORDER**

And, now, on this _____ day of _____, 2004, upon consideration of Norex Petroleum Limited's Motion and Supporting Points and Authorities to Compel the Production of Documents Pursuant to Subpoena Directed to BP America, Inc., and any response thereto, it is hereby ORDERED that the Motion to Compel is GRANTED and BP America, Inc. is directed to produce the documents requested in the Subpoena within ten (10) days of this Order.

Dated: _____, 2004　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Colleen Kollar-Kotelly, J.

## SERVICE LIST

Bruce S. Marks, Esq.
MARKS & SOKOLOV, LLC
1835 Market Street, 28th Floor
Philadelphia, PA 19103

Charles J. Cooper, Esq.
Vincent J. Colatriano, Esq.
COOPER & KIRK, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005

Gene J. Bodnar, Esquire
Macleod Dixon LLP
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
Canada T2P 4H2

J. Robert Black, Esquire
Havelock B. Madill, Esquire
BROWNLEE, LLP
Suite 2200, Commerce Place
10155 –102nd Street
Edmonton, AB, Canada T5J 4G8

CHUBB INSURANCE COMPANY OF CANADA
One Financial Place, 16th Floor,
1 Adelaide Street East,
Toronto, ON, M5C 2V9 Canada

INGOSSTRAKH INSURANCE COMPANY LTD,
12, Pjatnitskaja Street,
115998, Moscow, M-35 Russia

GREAT NORTHERN INSURANCE COMPANY
15 Mountain View Road
P.O. Box 1615
Warren, NJ 07061-1615 USA

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue N.W.
Suite 800
Washington, D.C. 20006