Action No.: 0201 11097

## IN THE COURT OF QUEEN'S BENCH OF ALBERTA
## JUDICIAL DISTRICT OF CALGARY

BETWEEN:

**NOREX PETROLEUM LIMITED and ZAO YUGRANEFT CORPORATION**

Plaintiffs

- and -

**CHUBB INSURANCE COMPANY OF CANADA, INGOSSTRAKH INSURANCE COMPANY LTD. and GREAT NORTHERN INSURANCE COMPANY**

Defendants

### NOTICE OF MOTION

TAKE NOTICE that an application will be made on behalf of the Defendant, INGOSSTRAKH INSURANCE COMPANY LTD. ("Ingosstrakh"), before the presiding Master in Special Chambers, at the Court House, in the City of Calgary, in the Province of Alberta, on Tuesday, the 13th day of July, 2004 at the hour of 2:00 in the afternoon or so soon thereafter as counsel may be heard for:

(a) An Order striking out or dismissing this action on the grounds that there is no real and substantial connection between this action and Alberta;

(b) In the alternative, an Order staying this action on the grounds that Alberta is *forum non conveniens* and the Russian Federation is *forum conveniens*, the more suitable forum;

(c) Costs of this action; and,

(d) Such further and other relief as this Honourable Court deems necessary and just.

{21/06/2004,E0330007.DOC;1}

2

AND FURTHER TAKE NOTICE that the grounds upon which this application is brought include the following:

(a)   This action does not have a real and substantial connection to Alberta and ought to be struck or dismissed;

(b)   In the alternative, Ingosstrakh submits that this action be stayed on the basis that Alberta is *forum non conveniens* and that the Russian Federation is *forum conveniens*, the more suitable forum; and,

(c)   Rule 129 of the Alberta *Rules of Court*.

AND FURTHER TAKE NOTICE that in support of this application Ingosstrakh will rely upon the Affidavits of Ivan Novikov, Dr. Igor Leonidovich Petrukhin, Dr. Peter Solomon and Leanne Zazelenchuk, filed; the pleadings filed in this action; the written brief of Ingosstrakh and such further and other material or information as this Honourable Court deems just.

DATED at the City of Calgary, in the Province of Alberta, this 28th day of June, 2004.

BROWNLEE LLP

Per: _____
J. ROBERT BLACK
Solicitors for the Defendants

TO:          CLERK OF THE COURT

AND TO:      THE PLAINTIFFS
             MACLEOD DIXON
             ATTN: GENE J. BODNAR

AND TO:      THE DEFENDANT, CHUBB INSURANCE COMPANY
             BROWNLEE LLP
             ATTN: HAV B. MADILL, Q.C.

(21/06/2004,E0330007.DOC;1)

6-28-04; 4:51PM;BROWNLEE FRYETT ;780 424 3254 # 6/ 71
06/28/2004 13:21 403-297-3055 CRT OF QUEENS BENCH PAGE 04/04
Case 1:04-mc-00281-CKK Document 7-6 Filed 11/18/04 Page 3 of 3
6-28-04; 1:53PM;BROWNLEE FRYETT ;780 424 3254 # 4/ 1

3

**Action No.: 0201 11097**

You are the Plaintiffs to this Application. If neither you nor your lawyer appear before the Court at the time and place mentioned in this notice and produce an affidavit or other evidence verifying your claim, an order may be made by the Court declaring your claim to be barred as against the Defendants and all persons claiming under the Defendants.

IN THE COURT OF QUEEN'S BENCH OF ALBERTA
JUDICIAL DISTRICT OF CALGARY

BETWEEN:

**NOREX PETROLEUM LIMITED. and ZAO YUGRANEFT CORPORATION**

Plaintiffs

- and -

The address for service of the Plaintiff is:

Macleod Dixon LLP
Barristers and Solicitors
3700, 400 - 3rd Avenue S.W.
Calgary, AB T2P 4H2

Attention: Gene J. Bodnar

**CHUBB INSURANCE COMPANY, INGOSSTRAKH INSURANCE COMPANY LTD. and GREAT NORTHERN INSURANCE COMPANY**

Defendants

The address for service of the Defendant, Chubb Insurance Company is:

Brownlee LLP
Barristers and Solicitors
2200, Commerce Place
10155 - 102 Street
Edmonton, AB T5J 4G8

Attention: Hav B. Madill

**NOTICE OF MOTION**
Tues, July 13, 2004 @ 2:00
(M.C.)

Brownlee LLP
Barristers and Solicitors
2200, Commerce Place
10155 - 102 Street
Edmonton, Alberta
T5J 4G8

J. ROBERT BLACK
Phone: (780) 497 - 4826
Fax: (780) 424 - 3254
File#: 75797-001/JRB



FAX FILED JUN 2 8 2004 JUDICIAL DISTRICT OF CALGARY CLERK OF THE COURT

(21/06/2004.E0330007.DOC;1) #63158.