27 of 92 DOCUMENTS

Copyright 1999 The New York Times Company
The New York Times

August 13, 1999, Friday, Late Edition - Final

**SECTION:** Section C; Page 1; Column 2; Business/Financial Desk

**LENGTH:** 1854 words

**HEADLINE:** From Russia, With Bankruptcy;
A High Cost for BP Amoco's Investment in an Oil Concern

**BYLINE:** By NEELA BANERJEE

**DATELINE:** MOSCOW, Aug. 12

**BODY:**

In November 1997, British Petroleum began its acquisition of a 10 percent stake in the Russian oil company Sidanko with a signing ceremony at No. 10 Downing Street.

Prime Minister Tony Blair joined executives from both sides to start a project they expected to succeed where others between Russia and the West had failed. B.P. had the experience and cash, paying $484 million for the Sidanko shares and planning to invest $3 billion more over the next decade, mainly to develop a huge Siberian gas field. And Vladimir Potanin, president of Uneximbank, Sidanko's owner, had the political influence to shepherd the project through Russia's hostile business environment.

Eighteen months after the smiles and handshakes, B.P., now BP Amoco P.L.C., is embroiled in a bankruptcy proceeding and a takeover fight that threatens to destroy Sidanko and BP Amoco's investment in it.

Beyond this one deal, the situation puts the future of direct foreign investment in Russia at risk. "Everybody is watching this," one Western oil executive said. "If this can happen to BP, it shows that everybody is vulnerable."

Possibly Russia's largest direct foreign investor, BP Amoco has been outmaneuvered by an aggressive, well-connected Russian rival, the Tyumen Oil Company. As many of BP Amoco's Moscow executives resort to bodyguards or keep low profiles, the company accuses Tyumen of tampering with Russian courts to wrest Sidanko's main production unit away through the bankruptcy process. Tyumen denies this.

BP Amoco has already written off $200 million of its investment, and company insiders say that if Tyumen succeeds in taking over Sidanko, BP Amoco will have to write it all off. Britain had raised the issue with Russia's recently ousted Prime Minister, Sergei Stepashin, but received no response.

How could BP Amoco, with its experience in volatile developing nations, fall into such a mire? Its involvement with Sidanko unravels as a tale of carelessness and naivete, one in which it tried to follow the rules of Western business only to discover too late that those rules do not apply in Russia.

"People hadn't thought through the scale of risks," said Stephen O'Sullivan, head of research at United Financial Group, a Moscow investment bank. "People see Russia as a poor first world country, when it's really the third world in many ways. There's no history of doing business here, no tradition of the rule of law, no civil society."

Sidanko is now in bankruptcy proceedings, but BP Amoco wants to avoid liquidating it. That will mean reaching an amicable settlement with Sidanko's creditors, mainly a consortium of European banks that lent the Russian concern a third of its $450 million in outstanding debt.

The New York Times, August 13, 1999

Any settlement would involve the refinancing of Sidanko by BP Amoco, which is also a creditor, and by the banks. For this to work, all the banks in the consortium must agree. Most have, but Westdeutsche Landesbank of Germany has sold its $10 million portion of the debt to Tyumen, people at both companies say. The bank, which is owed about $100 million by Tyumen, apparently does not believe the BP Amoco plan will save Sidanko.

Now that Tyumen has bought this debt, it will probably vote against the amicable settlement, sending Sidanko into liquidation. That would increase Tyumen's chances of acquiring Sidanko's prime production unit, Chernogorneft, cheaply. "Without Chernogorneft," one person close to BP Amoco said, "Sidanko as a company is dead."

A bankrupt company picked apart by its rivals was the last thing B.P. expected. Two years ago, Russia was a bull market. Many foreigners expected the country to develop into a Western-style market economy.

Sidanko was among the five largest Russian oil concerns. At its helm was Mr. Potanin, a young, apparently pro-Western banker and one of Russia's most powerful executives, with close ties to the Kremlin. The conventional wisdom urged Westerners to pick powerful, trustworthy Russian partners, and B.P. obviously thought it had.

It chose Sidanko "to get a long-term foothold in Russia," said Howard Chase, director of BP Amoco's external affairs in Moscow. The company had an eye on Sidanko's Kovytkinskoye gas field in Siberia, from which it hoped, eventually, to export natural gas to lucrative East Asian markets.

Hindsight is seldom fair, but two years ago, if B.P. had dug a little deeper into Sidanko or given more thought to the problems of working in Russia, the deal might have turned out differently.

No Russian oil concern, analysts point out, is a "company" in the Western sense, with clear books and effective management. But some are worse than others, and Sidanko was in the back of the pack. Of Sidanko's seven production units, only Chernogorneft and Udmurtneft were strong. Sidanko's main refinery is hundreds of miles from its oilfields, in a sparsely populated region with only dying military industries to sell to and no access to export markets.

Mr. Potanin, through his connections, paid about $470 million for the whole company -- nearly what B.P. paid for a 10 percent stake, 20 percent of the voting rights and a few positions in Sidanko upper management.

"You can't influence a Russian company with a 10 percent stake," said Erik Wigertz, oil analyst for the Moscow investment bank Brunswick Warburg. "You need at least a 25 percent stake to block decisions at shareholders' meetings." If the reorganization plan is approved, BP Amoco said, it will get that 25 percent.

BP Amoco managers in crucial financial posts in Sidanko, most of whom do not speak Russian, have spent the last year trying to bring its messy finances under control and then struggling to cut debt and spending, with some success. But the British company could not begin to deal with the many problems at Sidanko's subsidiaries, which were the first to be driven into bankruptcy late last year.

"They felt that if they put people into a few positions of power and gave instructions, they would be carried out, because that's how it happens in the West," Mr. O'Sullivan said. "But they weren't carried out, either because Russian management culturally won't do so or because they're getting their orders from someone else."

If Western companies resist outsiders poking about in their books for fear of change, Russian companies fear the discovery of rampant misappropriation, Western analysts and oil executives say.

Other Western oil companies, like Amoco and Elf Aquitaine, contemplated similar investments in Russia, but shied away. "When B.P. did this deal, people thought it was a bold move," the Western oil executive said, "but one the company would regret."

Less than a year after that move, the bankruptcies began. Most Russian companies carry a risky mixture of debt, often as a ploy to show low earnings and avoid taxes. But in late 1998, small creditors were able, under Russian bankruptcy law, to use such debts to try to force three of Sidanko's main oil producing units, including Chernogorneft, into bankruptcy. Then in late January, a mysterious company that was owed $20,000 by Sidanko filed to bankrupt the company.

This is Russia's first big industrial bankruptcy, so much of the process is uncharted territory. But smaller cases in the past have shown that bankruptcy is used in Russia more often to strip assets than to rework debts and pay creditors, a course of events that BP Amoco fears is now happening.

The New York Times, August 13, 1999

While bankruptcy courts in the West generally favor creditors, most rulings involving Sidanko and its units have gone the other way. Russian courts declared Sidanko bankrupt in May, although most creditors had asked for time to develop an amicable settlement.

In the Chernogorneft case, the main lenders, the European Bank for Reconstruction and Development and the Export-Import Bank of the United States, were initially not registered as creditors, which prevented them from voting on new managers. In May, the Chernogorneft outside manager was removed by a Siberian court. Europe's development bank protested to the Supreme Arbitration Court in Moscow. The Moscow court backed the bank and had the original manager reinstated -- only to reverse itself four days later, with no further explanation.

Finally, on the eve of a crucial Chernogorneft creditors' meeting in July, the Export-Import Bank found that the Chernogorneft outside manager had fully repaid its debt, violating bankruptcy principles that call for all debts to be settled simultaneously. More important, the bank was once more excluded from a vote on the company's future.

BP Amoco and major creditors see the efforts of Tyumen Oil behind the courts' erratic behavior. The powerful Alfa financial conglomerate and Access Industries, a New York investment firm, acquired 51 percent of Tyumen from the Russian Government in late 1997. The owners brought order and moderate growth to foundering production and refining units, installing Western-trained managers and trying hard to forge an image as a progressive company. Tyumen Oil has won preliminary approval for $489 million in Export-Import Bank loan guarantees, a decision now under review by Congress.

Tyumen concedes that it wants Chernogorneft, whose rich fields abut its own rapidly depleting ones. But Tyumen bristles at suggestions of influence-peddling, insisting that BP Amoco is trying to blame someone else for its failures at Sidanko. Seeing that Chernogorneft was "falling apart," said Tyumen's chief executive, Simon Kukes, who had a long career at Amoco.

"We considered a hostile takeover attempt," he said. "It's not pleasant, but it's all legal."

Still, various details have led some analysts, oil executives, creditors and Chernogorneft insiders to conclude that Tyumen is involved in behind-the-scenes moves. The company has a history of playing rough with foreigners: the Canadian company Black Sea Energy has filed suit in Swedish arbitration court against a Tyumen subsidiary, contending it reneged on a joint venture contract.

In Moscow, experts suggest that Tyumen has influenced the regional courts in the Sidanko subsidiaries' bankruptcies to vote against creditor recommendations. The company adamantly denies this. Still, after court-appointed outside managers arrived, two Sidanko units moved to sell their oil through a trading firm thought to be closely linked to Tyumen's main shareholder, Alfa group. Previously, the units sold their oil through Sidanko. Russian newspapers have also printed photos of Tyumen executives socializing with bankruptcy judges.

As all this continues, BP Amoco's supposed ally, Mr. Potanin, the owner of Sidanko, is nowhere to be seen, his political influence suddenly gone. This leaves BP Amoco to grope its way through the murkiness of the bankruptcy process alone, part of its bitter education in Russia.

"B.P. wanted to undertake a learning process to see if it is indeed possible to work through a Russian company in Russia," said one person close to BP Amoco. The lesson has been painful. "Just because you're an international giant," he said, "doesn't mean you can work in Russia."

http://www.nytimes.com

**GRAPHIC:** Photo: In 1997, an agreement between BP Amoco's chief executive, John Browne, center, and Vladimir Potanin, chairman of Russia's Sidanko oil company, was important enough to be witnessed by British Prime Minister Tony Blair, left. (Reuters)(pg. C17)

Graph: "Losing Its Appeal"
Not long ago, Russia seemed like a land of opportunity. But economic chaos and troubles like those experienced by BP Amoco after it bought a stake in a Russian oil company, have led to a sharp decline in outside investment. Graph plots direct foreign investment in Russia, from 1994 through an estimated 1999. (Source: J. P. Morgan)(pg. C17)

The New York Times, August 13, 1999

Graphs: "Oil Woes"
The collapse of the former Soviet Union in 1991 has left the oil industry in a shambles, with output down and reserves failing to grow because of low investment. Graphs plot crude oil production, from 1990 through an estimated 1999 and crude oil reserves, from 1985 through 1998, for Russia and other countries that were part of the Soviet Union. (Source: Cambridge Energy Research Associates)(pg. C1)

Drawing. (Illustration by Jody Emery)(pg. C1)

**LOAD-DATE:** August 13, 1999