The PBN Company

Reuters                                                             Peūmep

**December 16, 1999**                                               **16 декабря 1999 г.**

Ex-Im Bank delays Russia oil credit debate

WASHINGTON, Dec 16 (Reuters) - The U.S. Export-Import Bank has postponed a vote on $500 million in loan guarantees for the Russian oil sector to Tuesday, giving Washington four more days to consider the controversial credit as it mulls a response to Russia's war in breakaway Chechnya.

The State Department, which has the right to order Ex-Im Bank not to lend, said it was examining the credit. The money would pay for U.S.-made equipment to modernise Russia's ailing energy sector.

``I'm not going to discuss what we are going to do on it,'' Secretary of State Madeleine Albright told a news conference on Thursday. ``The subject is obviously something that Ex-Im has in front of it. I have my people looking into it.''

She did not know if the issue would be discussed when foreign ministers from Russia and rich industrialised countries meet in Berlin on Friday.

Ex-Im Bank is an independent agency, but the administration can block a credit if it thinks the money might be used in a way which would endanger human rights or risk the environment.

The bank is under pressure from two sides to freeze the credit. Human rights groups want to curb U.S. involvement in Russia in response to the bloody campaign in rebel Chechnya, while some domestic firms are angry about opaque bankruptcy and takeover rulings for Russian firms involved.

The bank says participants have met the loan's technical, financial and environmental conditions, and bank officials said the delay was for ``scheduling reasons'' because some board members were not able to attend a meeting planned for Friday.

A State Department official gave no clues on which way the decision might fall -- a no vote could alienate Russia at a time of increasing international tension over Chechnya, while a yes vote could infuriate critics who say the West should put Russia under pressure to halt the war.

``We are not in a position to discuss internal deliberations at this time,'' the official said.

``In our dealings with the Russians we have consistently advocated the adoption of good corporate governance, fair and transparent procedures and respect for the rule of law as the best means to encourage foreign direct investment in Russia.''

Commenting on the complaints by Anglo-American oil major BP Amoco against Russia's TNK Tyumen Oil Company, she added: ``We understand TNK has been accused of unlawful conduct when it competed against BP Amoco for control of the Chernogorneft.

``We do not have sufficient information to comment on the truth of these allegations... When evaluating requests for bank support, Ex-Im Bank staff conducts due diligence with respect to the credit-worthiness as well the character of the proposed borrower.''

**The PBN Company**

*Reuters*  *Рейтер*

**December 16, 1999**  **16 декабря 1999 г.**

BP Amoco lost a fight with Tyumen for control of Russian oil company Chernogoneft. Chernogoneft is a unit of bankrupt firm Sidanko, and BP Amoco has a 10 percent Sidanko stake.

Administration officials have so far insisted that the Ex-Im Bank loan -- like loans to Russia from the International Monetary Fund and other lenders -- should stand or fall on its economic merits and not be held hostage to political events.

They say a $640 million instalment from an IMF loan is being delayed for economic reasons, although critics point out that big borrower Russia has come much closer to meeting IMF conditions this time than on previous occasions.

The loan package to be considered by Ex-Im Bank comprises a $292 million loan for U.S. oil service giant Halliburton Co. to develop the Tyumen oil field, and a separate $198 million credit for ABB Ltd unit ABB Lummus Global.