*The Wall Street Journal*

December 23, 1999

Page 11,12

*Уолл Стрит Джорнал*

23 декабря 1999 г.

Стр. 11,12

# Russian Firms And BP Amoco Settle Feud

### By JEANNE WHALEN
*Staff Reporter*

MOSCOW — BP Amoco PLC rescued its $484 million (€479.7 million) investment in Russian oil company OAO Sidanko by settling a heated dispute with rival OAO Tyumen Oil.

Tyumen has agreed to return a patch of disputed Siberian oil fields to Sidanko. In exchange, Tyumen's owners will receive 25% plus one share of Sidanko stock through a new share issue, said Howard Chase, director of external affairs at BP Amoco in Moscow. BP Amoco will retain its 10% equity stake in Sidanko but will increase its voting rights to 25% plus one share to match Tyumen's.

BP Amoco and Tyumen also will study the possibility of jointly developing the giant Samotlor oil field. Sidanko and Tyumen each own a piece of Samotlor, and cooperation would lower both companies' costs.

"Hopefully we will have a joint venture on Samotlor and we will start to build trust," said Simon Kukes, president of Tyumen.

Mr. Kukes added that the settlement could help Tyumen win $500 million in loan guarantees from the Export-Import Bank of the U.S. The U.S. administration froze the loan Wednesday, in part because of Tyumen's dispute with BP Amoco. U.S. objection to Russia's war in Chechnya also is believed to have played a role in the loan delay, although U.S. administration officials deny this.

BP Amoco for months accused Tyumen

*Please Turn to Page 12, Column 6*

# Russian Oil Firms And BP Amoco End Battle Over Sidanko

*Continued From Page 11*

of using unfair tactics when it bought Sidanko's most valuable oil fields against Sidanko's will using a controversial bankruptcy process. Furious with Tyumen, BP Amoco lobbied hard in Washington to halt the Ex-Im Bank loan. On Wednesday, Mr. Chase said that Tyumen and BP Amoco were starting "with a clean sheet."

"The property has returned . . . I think (our) principles have been absolutely upheld," he said. BP Amoco in Russia also owns 20 gas stations, a motor-oil retailing business and a stake in a huge Siberian gas field.

BP Amoco said the new share issuance at Sidanko won't dilute its own 10% stake. Instead, it will dilute the combined holdings of Russia's Interros Group and the offshore Kantupan Holdings to 65% from 90%.

That is a small slap on the wrist to Russian banker Vladimir Potanin, head of Interros, who wooed BP Amoco to Sidanko in 1997 but did little to defend Sidanko against Tyumen this year. It also is bad news for Boris Jordan, head of the Sputnik Fund, in which George Soros and Harvard University Endowment are invested. Sputnik's 10% stake is held offshore via Kantupan. Neither Interros nor Sputnik would comment.

Tyumen shareholders Access Renova and Alfa received another piece of good news Wednesday. The Russian government sold its 49% stake in Tyumen to the duo for $90 million, giving the private shareholders 100% control of the company. The terms of the privatization sale require Access Renova and Alfa to invest an additional $185 million into Tyumen.