RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2004 DEC -2 PM 11: 08
NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOREX PETROLEUM LIMITED,<br><br>        Petitioner,<br><br>v.<br><br>CHUBB INSURANCE CO. OF CANADA, et al.,<br><br>        Respondents. | Case No. 1:04-mc-00281-CKK<br>(U.S.D.C. for the District of Columbia)<br><br>For:<br><br>Case No. 0201 11097<br>(Court of Queen's Bench of Alberta, Judicial District of Calgary, Canada) |

## ENTRY OF APPEARANCE

Please enter our appearance as counsel for BP America Inc., a non-party in the above captioned matter. Pursuant to Local Rule 83.6 our addresses, telephone numbers and bar identification numbers are set forth below:

Daryl A. Libow
Sullivan & Cromwell LLP
1701 Pennsylvania Ave., NW
Washington, D.C. 20006
Telephone: (202) 956-7650

D.C. Bar ID No. 446314

Joseph J. Reilly
Sullivan & Cromwell LLP
1701 Pennsylvania Ave., NW
Washington, D.C. 20006
Telephone: (202) 956-7665

D.C. Bar ID No. 480824

Dated: December 2, 2004

_/s/ Joseph J. Reilly_
Joseph J. Reilly

RECEIVED
DEC 0 2 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT