UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOREX PETROLEUM LIMITED, ) | Case No. 1:04-mc-00281-CKK |
| ) | (U.S.D.C. for the District of Columbia) |
| Petitioner, ) | |
| v. ) | For: |
| ) | |
| CHUBB INSURANCE CO. OF ) | Case No. 0201 11097 |
| CANADA, et al., ) | (Court of Queen's Bench of Alberta, |
| ) | Judicial District of Calgary, Canada) |
| Respondents. ) | |

**Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia**

I, the undersigned counsel of record for BP America Inc., in accordance with Local Rule 7.1, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of BP America Inc. which have any outstanding securities in the hands of the public:

BP p.l.c.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: December 2, 2004

Daryl A. Libow (D.C. Bar # 446314)
Joseph J. Reilly (D.C. Bar # 480824)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006-5085
Telephone: (202) 956-6965

Attorneys for Non-Party
BP America Inc.