

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOREX PETROLEUM LIMITED,<br><br>               Petitioner,<br><br>v.<br><br>CHUBB INSURANCE CO. OF CANADA, et al.,<br><br>               Respondents. | Case No. 1:04-mc-00281-CKK<br>(U.S.D.C. for the District of Columbia)<br><br>For:<br><br>Case No. 0201 11097<br>(Court of Queen's Bench of Alberta,<br>Judicial District of Calgary, Canada) |

## CROSS-MOTION BY NON-PARTY BP AMERICA INC. TO QUASH NOREX PETROLEUM LIMITED'S SUBPOENA

Non-party BP America Inc. moves for an order quashing the subpoena issued by Norex Petroleum Limited pursuant to 28 U.S.C. § 1782. The grounds for this motion are stated in the memorandum of points and authorities filed herewith.

Dated: December 2, 2004



Daryl A. Libow (D.C. Bar # 446314)
Joseph J. Reilly (D.C. Bar # 480824)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006-5085
Telephone: (202) 956-6965

Attorneys for Non-Party
BP America Inc.