UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NOREX PETROLEUM LIMITED | No. 02 Civ. 1499 (LTS)(KNF) |
| **Plaintiff** | |
| v. | |
| ACCESS INDUSTRIES, INC.; Et. al. | **PLAINTIFF'S RICO STATEMENT** |
| **Defendants.** | |

---

Plaintiff Norex Petroleum Limited ("Plaintiff" or "Norex") submits this RICO case statement pursuant to the Court's order dated June 27, 2002 based on the information currently available to Plaintiff. Given the nature of the fraud and other wrongdoing, much information is unavailable to Plaintiff, absent discovery. Plaintiff reserves the right to amend the RICO statement as information is learned and after discovery is obtained.

MARKS & SOKOLOV, LLC

*[signature]*
Bruce S. Marks, (BM 0991)
David A. Niles (DN 6196)
1835 Market Street
28th Floor
Philadelphia, PA 19103
Tel:   215-569-8901
*Attorneys for Plaintiff*

BLANK ROME TENZER
GREENBLATT LLP

*[signature]*
Harris N. Cogan (HC 0513)
405 Lexington Avenue
15th Floor
New York, New York 10174

Tel:   212-885-5000
*Attorneys for Plaintiff*

Dated this 16th day of August, 2002.

c. **List the victims and state how each victim was injured.**

Plaintiff is not aware of all persons who are the victims of the Illegal Scheme to takeover a substantial portion of the Russian oil industry, absent discovery. Plaintiff will list those entities which are known to it and were the victims of companies related to Plaintiff's interests.

1. *Appalachia Investments Ltd. ("Appalachia")*

Appalachia is a holding company organized under the laws of the State of California. It owns Norex. It has lost the value of its investment in Norex because of Norex's loss of its investment in Yugraneft.

2. *Norex Petroleum Limited ("Norex")*

Norex is a holding company organized under the laws of Cyprus. It owned 97% of Yugraneft. It lost the value of its investment in Yugraneft when Yugraneft was illegally seized and stripped of its assets.

3. *ZAO Yugraneft Corporation ("Yugraneft")*

Yugraneft is a company organized under the laws of the Russian Federation, which was illegally seized as part of the Illegal Scheme. It lost the value of its assets, which were stripped from it.

4. *OAO Siberian Far Eastern Oil Co. ("Sidanco")*

Sidanco is a company organized under the laws of the Russian Federation, which owned the majority interests of its subsidiaries, Kondpetroleum and Chernogorneft, and was harmed by the corrupt bankruptcies of these subsidiaries thereby loosing the value of its equity in these companies. As a result of the harm to Sidanco, its shareholders suffered harm as well.

73

*5.    OAO Kondpetroleum ("Kondpetroleum")*

Kondpetroleum is a company organized under the laws of the Russian Federation, which was stripped of its assets as the result of a corrupt bankruptcy proceeding, which was part of the Illegal Scheme. As a result of the harm to Kondpetroleum, its shareholders and creditors suffered harm as well.

*6.    OAO Chernogorneft ("Chernogorneft")*

Chernogorneft is a company organized under the laws of the Russian Federation, which was stripped of its assets, including its shares in Yugraneft, as the result of a corrupt bankruptcy proceeding, which was part of the Illegal Scheme. As a result of the harm to Chernogorneft, its shareholders and creditors suffered harm as well.

*7.    OAO Nizhnevartovsk Nefte Gaz ("NNG")*

NNG is a company organized under the laws of the Russian Federation, of which 38% was owned by TNK, and over which TNK obtained full control through corrupt proceedings. As a result of the harm to NNG, its shareholders and creditors suffered harm as well.

*8.    BP, PLC formerly known as BP-Amoco ("BP-Amoco")*

BP-Amoco is a company with various subsidiaries and many shareholders in the United States. BP-Amoco was a shareholder of Sidanco at all relevant times. BP-Amoco was harmed by the false bankruptcies of Kondpetroleum and Chernogorneft by which the assets of these companies were stripped as part of the Illegal Scheme, destroying the value of Sidanco's interests therein.

*9.    The Harvard University Endowment Fund ("Harvard")*

Harvard is an unincorporated fund owned by Harvard University. Harvard was a shareholder in Kantupan Holdings Co. Ltd. ("Kantupan"), an investment vehicle which,

74

directly or indirectly, owned 40% of Sidanco, at all relevant times. Harvard was harmed by the false bankruptcies of Kondpetroleum and Chernogorneft by which the assets of these companies were stripped as part of the Illegal Scheme, destroying the value of Sidanco's interests therein.

*10.   The Governments of the United States, United Kingdom and Russia*

The Governments of the United States, United Kingdom and Russia were harmed by the Massive Tax Fraud. In addition, the government of Russia was harmed by the Corrupt 1997 and 1999 Privatizations.

*11.   John and Jane Does 1-100*

Upon information and belief, citizens of the United States were shareholders of American Depository Receipts ("ADR's") of Chernogorneft (collectively, the "Chernogorneft American Investors"), which were managed by the Bank of New York in New York City. The Chernogorneft American Investors were harmed by the corrupt Chernogorneft bankruptcy, the illegal diversion of profits from Chernogorneft to TNK and Crown Group and the Slush Fund Companies as part of the Illegal Scheme.

*12.   John and Jane Does 101-200*

Upon information and belief, citizens of the United States were shareholders of TNK subsidiaries (collectively, the "TNK American Investors"). The TNK American Investors were harmed by the illegal diversion of profits from TNK to the Crown Group and then to the Slush Fund Companies as part of the Illegal Scheme.

75

## The Corrupt Chernogorneft Bankruptcy

Chernogorneft is also located in the Khanty-Mansiysky Autonomous District of Russia which is part of the Tyumen Oblast (Region). In October 1998, the bankruptcy of Chernogorneft was initiated. During the bankruptcy, TNK arranged for the appointment of its handpicked candidate, Vasily Bikin, as the external manager on May 27, 1999. Shortly thereafter, Bikin was replaced with another TNK ally, Alexander Gorshkov ("Gorshkov") as the external manager on August 3, 1999.

In order to take control of the creditors' committee of Chernogorneft, TNK arranged for Alfa Bank to lend Chernogorneft $15 million in order to pay a debt owed to the United States Export-Import Bank ("Ex-Im Bank"), providing an illegal preference to the Ex-Im Bank over Chernogorneft's other creditors. Additionally, in order to take control of the creditor's committee of Chernogorneft, TNK arranged for the illegal reduction of the $35 million debt to the European Bank of the Reconstruction and Development ("EBRD") to $26 million, providing an illegal preference to the EBRD over Chernogorneft's other creditors.

The purpose of this was to remove the Ex-Im Bank and EBRD as creditors, thus strengthening TNK's control over the creditors' committee. At TNK's direction, Bikin and Gorshkov arranged for the sale of Chernogorneft oil through TNK-controlled entities, which, in turn, directed the oil flows to the Crown Group, at below market prices in order to divert the revenues and profits of Chernogorneft to the Crown Group. Gorshkov later stopped the export of oil in order to cause Chernogorneft to be unable to pay its debts.

Following the diversion of profits from Chernogorneft to the Crown Group, Gorshkov made the determination that Chernogorneft was insolvent and that its assets needed to be sold at

auction. The conduct of Gorshkov was so blatantly illegal that his license was revoked by the Federal Service of Russia for Insolvency Proceedings in October 1999.

Even though Gorshkov's license was revoked at that time, in October 1999, he presided over the TNK-controlled creditors' committee which approved the terms of the sale of Chernogorneft's assets at a bankruptcy auction. Not surprisingly, the terms of the auction were designed to discourage any persons other than TNK from participating and, in fact, only two bidders attended the auction: TNK and TNK-NV. Furthermore, Gorshkov's actions in preparing the auction essentially precluded other companies from participating in it.

For example, despite Sidanco's request for a list of assets to be auctioned, Gorshkov refused to provide such, alleging he did not have enough paper on which to print the list. In fact, no requested documents were provided to Sidanco prior to the rigged auction. Ultimately, the auction was held despite several decisions of Russian courts prohibiting the sale and the assets of Chernogorneft were transferred to TNK-NV at below market prices, including its shares in Yugraneft which violated Norex's right of first refusal set forth in the Yugraneft shareholders agreement.

Norex's interests were, thus, directly and adversely affected by the corrupt Chernogorneft bankruptcy because its right of first refusal for Chernogorneft's shares in Yugraneft was violated, and, further, Yugraneft, in which Norex was majority shareholder, did not receive the oil owed to it by Chernogorneft.

### Yugraneft's Dispute With TNK

#### Yugraneft

In October 1991, Yugraneft was formed. As of 1999, Norex owned 60% of the shares of Yugraneft and Chernogorneft owed 40% of the shares. In 1999, an audit of the books and

- **Contents of the Misrepresentation/Concealment:** The bribes were concealed and the fact that Nuriev was acting at the direction of and for the benefit of TNK and not Kondpetroleum.

- **By whom:** Access/Renova, Alfa Group and TNK, by and through its officers and directors as well as the other defendants as set forth in detail above.

- **To whom:** The Russian government, Kondpetroleum, Sidanco, BP-Amoco, Harvard University Endowment Fund, Kondpetroleum and its shareholders and creditors, and other bidders for Kondpetroleum.

- **Basis for Fraud:** The active concealment of the bribes upon Russian government officials and the concealment of the fact Nuriev was acting on behalf of and for the benefit of TNK was a misrepresentation of the openness, fairness and legality of the Kondpetroleum bankruptcy.

5. *The Corrupt Chernogorneft Bankruptcy*

- **Nature:** Bribery of Russian government officials to appointment TNK's handpicked candidate, Vasily Bikin, as the external manager of Chernogorneft. Shortly thereafter, Bikin was replaced with another TNK ally, Alexander Gorshkov ("Gorshkov"). Both Bikin and Gorshkov were under the control of TNK. At TNK's direction, Bikin and Gorshkov arranged for the sale of Chernogorneft oil through TNK-controlled entities, which, in turn, directed the oil flows to the Crown Group, at below market prices in order to divert the revenues and profits of Chernogorneft to the Crown Group. Gorshkov later stopped the export of oil in order to cause Chernogorneft to be unable to pay its debts. Following the diversion of profits from Chernogorneft to the Crown Group, Gorshkov made the determination that Chernogorneft was insolvent and that its assets needed to be sold at auction. The conduct of Gorshkov was so blatantly illegal that his license was revoked by the Federal Service of Russia for Insolvency Proceedings in October 1999. Even though Gorshkov's license was revoked at that time, in October 1999, he presided over the TNK-controlled creditors' committee which approved the terms of the sale of Chernogorneft's assets at a bankruptcy auction. The terms of the auction were designed to discourage any persons other than TNK from participating and, in fact, only two bidders attended the auction: TNK and TNK-NV. Furthermore, Gorshkov's actions in preparing the auction essentially precluded other companies from participating in it. Ultimately, the auction was held despite several decisions of Russian courts prohibiting the sale and the assets of Chernogorneft were transferred to TNK-NV at below market prices, including its shares in Yugraneft which violated Norex's right of first refusal set forth in the Yugraneft shareholders agreement.

- **Time:** 1998 to date

106

- **Place:** The United States, Russia, and other countries in which the persons controlling and directing the bribery were located and which funds used to pay the bribes were transferred from or through.

- **Contents of the Misrepresentation/Concealment:** The bribes were concealed and the fact that Bikin and Gorshkov was acting at the direction of and for the benefit of TNK and contrary to Chernogorneft and its other creditors.

- **By whom:** Access/Renova, Alfa Group and TNK, by and through its officers and directors, as well as the other defendants as set forth in detail above.

- **To whom:** The Russian government, Norex, Sidanco, BP-Amoco, Harvard University Endowment Fund, citizens of the United States that were shareholders of American Depository Receipts, Chernogorneft, and its shareholders and creditors.

- **Basis for Fraud:** The active concealment of the bribes upon Russian government officials and the concealment of the fact that Bikin and Gorshkov were acting on behalf of and for the benefit of TNK is a misrepresentation of the openness, fairness and legality of the Chernogorneft bankruptcy and that Bikin and Gorshkov were on behalf of and for the benefit of Chernogorneft and its creditors.

6. *TNK's Fraudulent Takeover of Yugraneft*

- **Nature:** Bribery of Russian government officials to effect the Illegal Takeover of Yugraneft; false claims to the Russian courts to arrest a major portion of Yugraneft shares held by Norex; a sham shareholder's meeting; and, issuance of forged corporate documents.

- **Time:** 1998 to date

- **Place:** The United States, Russia, and other countries in which the persons controlling and directing the bribery were located and which funds used to pay the bribes were transferred from or through.

- **Contents of the Misrepresentation/Concealment:** The bribes were concealed. TNK misrepresented that it obtained ownership of shares in Yugraneft from an auction of Chernogorneft assets. TNK misrepresented that Norex had been served with the complaint to arrest it shares in Yugraneft. TNK misrepresented the events of the June 28, 2001 Yugraneft shareholder's meeting and issued fabricated meeting minutes. TNK misrepresented that Alexander Berman had been elected general director of Yugraneft.

107