1:04-mc-00281-CKK

115859 - 001

3/14/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————X

NOREX PETROLEUM LIMITED,          :

                    Plaintiff,     :                    ORDER

            -against-              :              02 Civ. 1499 (LTS)(KNF)

ACCESS INDUSTRIES, INC., ET AL.,   :

                    Defendants.     :
——————————————————X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Plaintiff has requested that it be permitted to serve a subpoena upon BP-Amoco ("BP"), an entity that is not a party to the instant action, for the purpose of ensuring that BP will preserve certain documents it possesses concerning BP's transactions with Sidanco and its subsidiaries, including Chernogorneft.

The defendants have advised the Court that counsel to BP has "confirmed" that BP has taken steps to preserve the pertinent documents and, thus, no subpoena needs to be issued to accomplish that which the plaintiff seeks.

Plaintiff did not provide the Court with a copy of the subpoena it contemplates serving upon BP. Although the parties who have lived with this litigation for a considerable amount of time may know through their prior dealings the precise documents plaintiff wishes to have preserved, the Court lacks that knowledge. Since there appears to be unanimity on the issue of preserving BP's documents, and given BP's apparent willingness to preserve them, the issuance of a preservation subpoena seems reasonable. However, before the Court acts on plaintiff's request, it believes that it would be prudent to see a draft subpoena.

Accordingly, plaintiff shall, on or before March 20, 2003, submit to the Court a copy of the contemplated BP subpoena in draft form.

Dated: New York, New York
      March 14, 2003

SO ORDERED

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Sent copies via facsimile
and mail to:

Harris N. Cogan, Esq.
Blank, Rome, Tenzer, Greenblatt, L.L.P.
405 Lexington Avenue
New York, NY 10174

Bruce S. Marks, Esq.
Marks & Sokolov, LLC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Herbert F. Kozlov, Esq.
Reed Smith LLP
529 Fifth Avenue
New York, NY 10017

Kim Koopersmith, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

Mark P. Lander, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Owen C. Pell, Esq.
White & Case
1155 Avenue of the Americas
New York, NY 10036-2787

John Cambria, Esq.
Salans
620 Fifth Avenue
New York, NY 10020

Turner P. Smith, Esq.
Curtis, Mallet-Prevost, Colt
  & Mosle LLP
101 Park Avenue
New York, NY 10178

Eric J. Grannis, Esq.
Law Offices of Eric J. Grannis
620 Fifth Avenue
New York, NY 10020