UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOREX PETROLEUM LIMITED,<br><br>                 Petitioner,<br><br>.v.<br><br>CHUBB INSURANCE CO. OF<br>CANADA, et al.,<br><br>                 Respondents. | Case No. 1:04-mc-00281-CKK<br>(U.S.D.C. for the District of Columbia)<br><br>For:<br><br>Case No. 0201 11097<br>(Court of Queen's Bench of Alberta,<br>Judicial District of Calgary, Canada) |

## ORDER

And, now, on this _____ day of _____, _____, upon consideration of Norex Petroleum Limited's Motion to Compel the Production of Documents Pursuant to Subpoena Directed to BP America Inc. and Non-party BP America Inc.'s Cross-Motion to Quash, it is hereby ORDERED that the Motion to Compel is DENIED and the Cross-Motion to Quash is GRANTED.

Dated: _____, _____

                                                                         COLLEEN KOLLAR-KOTELLY
                                                                          United States District Judge

## SERVICE LIST

Daryl A. Libow, Esq.
Joseph J. Reilly, Esq.
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006-5085

Bruce Marks, Esq.
Marks & Sokolov, LLC
1835 Market Street, 28th Floor
Philadelphia, PA 19103

J. Robert Black, Q.C.
Brownlee LLP
Suite 2200, Commerce Place
10155 - 102 Street
Edmunton, AB Canada T5J 4GB

Havelock B. Madill, Q.C.
Brownlee LLP
Suite 2200, Commerce Place
10155 - 102 Street
Edmunton, AB Canada T5J 4GB

Gene J. Bodnar, Q.C.
Macleod Dixon LLP
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
Canada T2P 4H2