IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOREX PETROLEUM LIMITED**<br><br>　　　　　Petitioner,<br><br>v.<br><br>**CHUBB INSURANCE COMPANY OF CANADA**<br>　　　et al<br><br>　　　　　Respondents. | No.　1:04-MC-00281-CKK |

**MOTION TO EXTEND TIME TO REPLY TO BP-AMERICA'S OPPOSITION
TO NOREX'S MOTION TO COMPEL AND TO OPPOSE BP-AMERICA'S
MOTION TO QUASH THE SUBPOENA**

　　Norex Petroleum Limited ("Norex") moves for an order to extend the time to Reply to BP America, Inc., formerly BP-Amoco, (hereinafter "BP")'s Opposition to Norex's Motion to Compel the Production of Documents and to Oppose BP's Cross-Motion to Quash the Subpoena.

　　On August 24, 2004 Norex issued a subpoena duces tecum to BP. On September 17, 2004 BP served objections to the subpoena. On November 18, 2004, Norex filed a motion to compel the production of documents. On December 2, 2004 BP filed its Opposition and a cross-motion to quash. Norex was served via first class mail that same day.

　　Fed.R.Civ.P. 5(B) states service is complete upon mailing; Fed.R.Civ.P. 6(e) provides for an additional 3 days if service made by mail; LCvR7(d) provides for a reply within 5 days of service of the opposition; and, FedRCivP 6(a) provides that when the proscribed period is less than 11 days, intermediate weekend days and holidays are excluded. Accordingly, Norex calculates its Reply to the Opposition as due Tuesday, December 14, 2004.

Regarding Norex's Opposition to BP's cross-motion to quash, LCvR 7(b) provides an opposition to a motion shall be filed with 11 days of service plus three days as per Fed.R.Civ.P. 6(e). Accordingly, we calculate Norex's Opposition to BP's Cross-motion as due Thursday, Dec. 16, 2004.

BP has consented to an extension until Tuesday, December 21, 2004 for Norex to file both its Reply and Opposition.

WHEREFORE, Petitioner Norex Petroleum Limited requests that this Court grant the motion to extend the time for it to file its Reply and Opposition to December 21, 2004.

By: /s/ Bruce S. Marks
Bruce S. Marks, Esq.
Gene M. Burd, Esq.
MARKS & SOKOLOV, LLC
1835 Market Street
28th Floor
Philadelphia, PA 19103
215-569-8901

Charles J. Cooper, Esq.
D.C. Bar ID: 248070
Vincent J. Colatriano, Esq.
D.C. Bar ID: 429562
COOPER & KIRK, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005
Phone: 202-220-9600

Attorneys for Petitioner
Norex Petroleum Limited

Dated: December 13, 2004

## CERTIFICATE OF SERVICE

I, Maria Temkin, hereby certify that a true and correct copy of the Petitioner Norex Petroleum Limited's Motion to Extend Time to Reply to BP-America's Opposition to Norex's Motion to Compel and to Oppose BP-America's Motion to Quash Subpoena along with Proposed Order were served on December 13, 2004, via first class mail upon the following persons:

Gene J. Bodnar, Esquire
Macleod Dixon LLP
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
Canada T2P 4H2

J. Robert Black, Esquire
Havelock B. Madill, Esquire
BROWNLEE, LLP
Suite 2200, Commerce Place
10155 –102nd Street
Edmonton, AB, Canada T5J 4G8

CHUBB INSURANCE COMPANY OF CANADA
One Financial Place, 16th Floor,
1 Adelaide Street East,
Toronto, ON, M5C 2V9 Canada

INGOSSTRAKH INSURANCE COMPANY LTD,
12, Pjatnitskaja Street,
115998, Moscow, M-35 Russia

GREAT NORTHERN INSURANCE COMPANY
15 Mountain View Road
P.O. Box 1615
Warren, NJ 07061-1615 USA

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue N.W.
Suite 800
Washington, D.C. 20006


MARKS & SOKOLOV, LLC

By: _____
Maria Temkin

Date: 12/13/04