UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOREX PETROLEUM LTD, <br><br> Petitioner, <br><br> v. <br><br> CHUBB INSURANCE CO. OF CANADA, *et al*., <br><br> Respondent. | Misc. Action No. 04-0281 (CKK) |

**ORDER**
(February 14, 2005)

Presently pending in this Miscellaneous Action are Petitioner's Motion to Compel [7] and Respondents' Motion to Quash.  It is this 14th day of February, 2005, hereby

ORDERED that these discovery motions are referred to Magistrate Judge Alan Kay pursuant to Local Civil Rule 72.2.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge