IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOREX PETROLEUM LIMITED**<br><br>         Petitioner,<br><br>    v.<br><br>**CHUBB INSURANCE COMPANY OF CANADA**<br>         et al<br><br>         Respondents. | No.   1:04-MC-00281-CKK |

**MOTION AND SUPPORTING POINTS AND AUTHORITIES
FOR EXPEDITED CONSIDERATION
OF NOREX PETROLEUM LIMITED'S MOTION TO COMPEL THE
PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DIRECTED TO
BP AMERICA INC. AND CROSS-MOTION BY NON-PARTY BP AMERICA,
INC. TO QUASH NOREX'S SUBPOENA**

Petitioner Norex Petroleum Limited ("Norex"), by and through his attorneys Marks & Sokolov, LLC and Cooker and Kirk, PLLC, hereby moves for expedited consideration of its Motion to Compel the Production of Documents Pursuant to Subpoena Directed to BP America, Inc. and BP America's Opposition and Cross-Motion to Quash Norex's Subpoena and any responses thereto currently before this Court and in support thereof avers as follows:

1.  On or about June 28, 2002, Norex Petroleum filed a Statement of Claim (the "Canadian Proceeding") in the Court of Queen's Bench of Alberta, Canada (the "Canadian Court") against the Chubb Insurance Company of Canada, Ingostrakh Insurance Company Ltd., and Great Northern Insurance Company (the "Respondents").

2. Once discovery became ripe in the Canadian Proceeding, on May 27, 2004 Norex filed Petition For Discovery In Aid of a Proceeding Pending Before a Foreign Legal Tribunal Pursuant to 28 U.S.C. §1782 (the "Petition") in this Court.

3. As set forth in the Petition, Norex sought to obtain evidence consisting of relevant and material records of various third parties for use in the Canadian Proceeding as provided by 28 U.S.C. §1782.

4. The Respondents filed no objections to the Petition.

5. The Petition was granted on August 24, 2004.

6. That same day, Norex served a Subpoena Duces Tecum on BP America, Inc. ("BP"). On September 17, 2004, BP served its objections and refused to produce any documents.

7. Norex filed its Motion to Compel the Production of Documents Pursuant to Subpoena on November 18, 2004. BP filed its Opposition and Cross-Motion to Quash Norex's Subpoena on December 2, 2004. Norex filed its response on December 21, 2004. These motions are currently before the Court and ripe for decision.

8. On January 21, 2005, a Case Management Conference was held in the Canadian Proceeding, setting forth the deadlines for the examination of witnesses in the Canadian matter as March 31 and April 12, 2005. *See* Minutes of the Case Management Meeting, attached as Exhibit "A" hereto.

9. As explained in Norex's Motion to Compel and its Opposition to BP's Cross-Motion to Quash, the documents sought by Norex in its Subpoena to BP are highly relevant to the examination of these witnesses.

10. The ruling on the Norex's Motion to Compel and BP's Cross-Motion to Quash at this Court's earliest convenience is important to allow Norex time to review documents sought and meet Canadian discovery deadlines, should this Court grant Norex's Motion to Compel.

WHEREFORE, Petitioner Norex Petroleum Limited respectfully request that this Honorable Court consider its Motion to Compel the Production of Documents Pursuant to Subpoena Directed to BP America, Inc. and BP America's Opposition and Cross-Motion to Quash Norex's Subpoena and any responses thereto.

By: /s/ Bruce S. Marks
Bruce S. Marks, Esq.
MARKS & SOKOLOV, LLC
1835 Market Street
28th Floor
Philadelphia, PA 19103
215-569-8901

Charles J. Cooper, Esq.
D.C. Bar ID: 248070
Vincent J. Colatriano, Esq.
D.C. Bar ID: 429562
COOPER & KIRK, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C. 20005
Phone: 202-220-9600

Attorneys for Petitioner
Dated: February 24, 2005                    Norex Petroleum Limited

## CERTIFICATE OF SERVICE

I, Maria Temkin, hereby certify that a true and correct copy of the Petitioner Norex Petroleum Limited's Statement of Points of Law and Authority for Expedited Consideration of Norex Petroleum Limited's Motion to Compel the Production of Documents Pursuant to Subpoena Directed to BP America, Inc. and BP America's Opposition and Cross-Motion to Quash Norex's Subpoena along with supporting exhibits and Proposed Order were served on February 24, 2005, via first class mail upon the following persons:

Gene J. Bodnar, Esquire
Macleod Dixon LLP
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
Canada T2P 4H2

J. Robert Black, Esquire
Havelock B. Madill, Esquire
BROWNLEE, LLP
Suite 2200, Commerce Place
10155 –102nd Street
Edmonton, AB, Canada T5J 4G8

CHUBB INSURANCE COMPANY OF CANADA
One Financial Place, 16th Floor,
1 Adelaide Street East,
Toronto, ON, M5C 2V9 Canada

INGOSSTRAKH INSURANCE COMPANY LTD,
12, Pjatnitskaja Street,
115998, Moscow, M-35 Russia

GREAT NORTHERN INSURANCE COMPANY
15 Mountain View Road
P.O. Box 1615
Warren, NJ 07061-1615 USA

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue N.W.
Suite 800
Washington, D.C. 20006

MARKS & SOKOLOV, LLC

By: _____
Maria Temkin

Date: 2/24/05