Action No. 0201 11097

## IN THE COURT OF QUEEN'S BENCH OF ALBERTA
## JUDICIAL DISTRICT OF CALGARY

BETWEEN:

### NOREX PETROLEUM LIMITED and
### ZAO YUGRANEFT CORPORATION

Plaintiffs

- and -

### CHUBB INSURANCE COMPANY OF CANADA,
### INGOSSTRAKH INSURANCE COMPANY LTD., and
### GREAT NORTHERN INSURANCE COMPANY

Defendants

---

## MINUTES

of the Case Management Meeting held January 21, 2005
Before the Honourable Justice C.S. Brooker

---

| | |
|---|---|
| PRESENT: | Justice C.S. Brooker |
| Counsel for the Plaintiffs: | Alan Rudakoff and Gene Bodnar<br>Macleod Dixon LLP |
| Counsel for the Defendant,<br>Chubb Insurance Company of Canada: | Havelock Madill, Q.C.<br>Brownlee LLP |
| Counsel for the Defendant,<br>Ingosstrakh Insurance Company: | Bob Black<br>Brownlee LLP |

The following reflects those matters and issues discussed and directions given at Case Management:

1. While internal steps have been taken at the Brownlee firm to allow Mr. Madill and Mr. Black to both act for their respective clients, the Plaintiffs remain concerned about this arrangement. A motion may be taken in the future.

2. The Defendant, Great Northern Insurance Company, was not served with the Statement of Claim by previous counsel for the Plaintiffs. The Plaintiffs' current counsel may discontinue the claim as against that party.

3. Regarding the Ingosstrakh *forum non conveniens* application, Mr. Black takes the position that the Plaintiffs have waived their right to cross-examine Professor Petrukhin and Mr. Novikov on their Affidavits. The Plaintiffs disagree. Justice Brooker directed that Affidavits be filed attaching the relevant and material correspondence, e-mails and notes. Affidavits may be filed by legal assistants of the parties' counsel. Thereafter, mini Briefs are to be filed with Mr. Justice Brooker by February 25, 2005. Should a party wish to file a rebuttal mini Brief, they may do so by March 4, 2005. If Justice Brooker requires oral submissions before deciding the matter, he will advise. Otherwise, no oral submissions will be required.

4. The continued cross-examination on Affidavit of Professor Solomon is to be completed by Plaintiff counsel no later than March 31, 2005. This continued cross-examination shall take place in Toronto and Professor Solomon will make himself available for a full day (i.e. 9:00 a.m. - 5:00 p.m.).

5. The Defendant Chubb Insurance Company of Canada is to present its deponent officer for cross-examination on Chubb's Affidavit of Records no later than April 12, 2005.

6. The next case management meeting will be held on Tuesday, April 12, 2005 at 9:00 a.m. in Mr. Justice Brooker's private chambers. It is anticipated that the timing for Examinations for Discovery as between Chubb and the Plaintiffs, and the next steps in the Ingosstrakh *forum non conveniens* motion, will be determined at the next case management meeting.

7. Justice Brooker directed that Minutes be taken to reflect the activities at case management with counsel to approve the Minutes and thereafter submit them to the Court.

Macleod Dixon LLP
Per:
for Alan Rudakoff

Brownlee LLP
Per:
Robert Black

Justice C.S. Brooker

Brownlee LLP
Per:
Havelock Madill, Q.C.

598187.v1