IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOREX PETROLEUM LIMITED**<br><br>    **Petitioner,**<br><br>v.<br><br>**CHUBB INSURANCE COMPANY OF CANADA**<br>    **et al**<br><br>    **Respondents.** | No.   1:04-MC-00281-CKK |

**ORDER**

And, now, on this _____ day of _____, 2004, upon consideration of Norex Petroleum Limited's Motion and Supporting Points and Authorities to Compel the Production of Documents Pursuant to Subpoena Directed to BP America, Inc., and Non-Party BP America Inc.'s Cross-Motion to Quash, AND Norex's response thereto, it is hereby ORDERED that the Motion to Compel is GRANTED and BP's Cross-Motion to Quash is DENIED, and BP America, Inc. is directed to produce the documents requested in the Subpoena within ten (10) days of this Order.

Dated: _____, 2005            _____
                                                                                            Alan Key, Magistrate Judge

**SERVICE LIST**

| | |
|---|---|
| Gene J. Bodnar, Esquire<br>Macleod Dixon LLP<br>3700 Canterra Tower<br>400 Third Avenue SW<br>Calgary, Alberta<br>Canada T2P 4H2 | J. Robert Black, Esquire<br>Havelock B. Madill, Esquire<br>BROWNLEE, LLP<br>Suite 2200, Commerce Place<br>10155 –102nd Street<br>Edmonton, AB, Canada T5J 4G8 |
| CHUBB INSURANCE COMPANY OF CANADA<br>One Financial Place, 16th Floor,<br>1 Adelaide Street East,<br>Toronto, ON, M5C 2V9 Canada | INGOSSTRAKH INSURANCE COMPANY LTD,<br>12, Pjatnitskaja Street,<br>115998, Moscow, M-35 Russia |
| GREAT NORTHERN INSURANCE COMPANY<br>15 Mountain View Road<br>P.O. Box 1615<br>Warren, NJ 07061-1615 USA | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue N.W.<br>Suite 800<br>Washington, D.C. 20006 |