UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| NOREX PETROLEUM LIMITED,<br><br>          Petitioner,<br><br>v.<br><br>CHUBB INSURANCE CO. OF CANADA, et al.,<br><br>          Respondents. | Case No. 1:04-mc-00281-CKK(AK)<br>(U.S.D.C. for the District of Columbia)<br><br>For:<br><br>Case No. 0201 11097<br>(Court of Queen's Bench of Alberta,<br>Judicial District of Calgary, Canada) |

## NON-PARTY BP AMERICA INC.'S RESPONSE TO NOREX PETROLEUM LIMITED'S MOTION FOR EXPEDITED CONSIDERATION OF ITS MOTION TO COMPEL AND BP AMERICA INC.'S CROSS-MOTION TO QUASH

In response to Norex Petroleum Limited's ("Norex") Motion for Expedited Consideration of its Motion to Compel and Non-party BP America Inc.'s ("BP America") Cross-Motion to Quash (the "Motion for Expedited Consideration"), BP America informs the Court that:

      1.      BP America has no objection to expedited consideration,[1] though it disagrees (a) with Norex's suggestion that it has proceeded diligently with respect to prosecuting the Canadian litigation (*cf.* Motion for Expedited Consideration ¶¶ 1-2 (revealing that Norex waited almost two years after filing the complaint in the Canadian litigation before petitioning this Court for BP America's documents)) and enforcing this

---

[1] The absence of any objection by BP America could have been brought to the Court's attention when the Motion for Expedited Consideration was filed if counsel for Norex had complied with its duty under LCvR 7(m) to confer with BP America before making the motion.

16

Subpoena (*id.* ¶¶ 6-7 (revealing that Norex waited for two-months after BP America filed written objections before moving to compel)), and (b) with Norex's assertion that the broad categories of documents it seeks from BP America are germane to the examination of witnesses in the Canadian litigation. (*Id.* ¶ 9.)

2. In light of the complicated procedural and factual background to the current dispute, BP America believes that the Court would benefit from oral argument on the Motion to Compel and Cross-Motion to Quash, and hereby requests that oral argument be scheduled.

Dated: March 1, 2004

Daryl A. Libow (D.C. Bar # 446314)

SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006-5085
Telephone: (202) 956-7500

Attorneys for Non-Party
BP America Inc.
1776 I Street, N.W.
Suite 1000
Washington, D.C. 20006

## CERTIFICATE OF SERVICE

I, Joseph J. Reilly, hereby certify that I have, this 1st day of March, 2005, caused the foregoing Response to Norex Petroleum Limited's Motion for Expedited Consideration of its Motion to Compel and BP America's Cross-Motion to Quash to be served via first class mail upon:

Bruce Marks, Esq.
Marks & Sokolov, LLC
1835 Market Street, 28th Floor
Philadelphia, PA 19103

J. Robert Black, Q.C.
Brownlee LLP
Suite 2200, Commerce Place
10155 - 102 Street
Edmunton, AB Canada T5J 4GB

Havelock B. Madill, Q.C.
Brownlee LLP
Suite 2200, Commerce Place
10155 - 102 Street
Edmunton, AB Canada T5J 4GB

Gene J. Bodnar, Q.C.
Macleod Dixon LLP
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
Canada T2P 4H2

_____
Joseph J. Reilly