IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOREX PETROLEUM LIMITED**<br><br>　　　　　Petitioner,<br><br>v.<br><br>**CHUBB INSURANCE COMPANY OF CANADA**<br>　　et al<br><br>　　　　　Respondents. | No.   1:04-MC-00281-CKK |

**NOREX PETROLEUM LIMITED'S CROSS-MOTION
TO COMPEL THE PRODUCTION OF ALL REMAINING RESPONSIVE
DOCUMENTS BY APRIL 12, 2005**

　　Petitioner Norex Petroleum Limited moves for an order compelling the production of all remaining responsive documents pursuant to Order of March 9, 2005 by April 12, 2005. The grounds for this motion are stated in the memorandum of law filed herewith.

　　　　　　　　　　　　　　　　　　　　By:　/s/ Bruce S. Marks
　　　　　　　　　　　　　　　　　　　　　　　Bruce S. Marks, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Thomas Sullivan, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Gene M. Burd, Esq.
　　　　　　　　　　　　　　　　　　　　　　　MARKS & SOKOLOV, LLC
　　　　　　　　　　　　　　　　　　　　　　　1835 Market Street
　　　　　　　　　　　　　　　　　　　　　　　6th Floor
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　　　　215-569-8901

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Petitioner
Dated:　　　April 2, 2005　　　　　　　　　Norex Petroleum Limited