IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOREX PETROLEUM LIMITED<br><br>        Petitioner,<br><br>v.<br><br>CHUBB INSURANCE COMPANY OF CANADA<br>    et al<br><br>        Respondents. | No.  1:04-MC-00281-CKK |

**NOREX PETROLEUM LIMITED'S MOTION FOR SANCTIONS**

Petitioner Norex Petroleum Limited moves for an order sanctioning BP for its willful failure to comply with the March 9, 2005 Order by paying Norex's costs and attorney fees in the amount of $75,000 related to this discovery dispute with BP and further sanctions if its misconduct continues. The grounds for this motion are stated in the memorandum of law filed herewith.

By: /s/ Bruce S. Marks
    Bruce S. Marks, Esq.
    Thomas Sullivan, Esq.
    Gene M. Burd, Esq.
    MARKS & SOKOLOV, LLC
    1835 Market Street
    6th Floor
    Philadelphia, PA 19103
    215-569-8901

    Attorneys for Petitioner
Dated: April 12, 2005    Norex Petroleum Limited