IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOREX PETROLEUM LIMITED**<br><br>         Petitioner,<br><br>v.<br><br>**CHUBB INSURANCE COMPANY OF CANADA**<br>     et al<br><br>         Respondents. | No.   1:04-MC-00281-CKK |

## **DECLARATION OF BRUCE S. MARKS**

Bruce S. Marks hereby declares as follows:

1. I am an attorney with Marks & Sokolov, LLC, counsel for petitioner Norex Petroleum Limited ("Norex") in the above captioned action and have personal knowledge of the below.

2. At 1:35 p.m. today, I spoke with Gene Bodnar, who is counsel of record for Norex in the Canadian matter.

3. Mr. Bodnar confirmed that the Court granted Norex's request to use the documents produced by BP America, Inc. at the continued deposition of Professor Solomon on April 14, 2005; of course, given that BP America has not produced the documents located outside of the United States, or even begun the effort to collect them as admitted in its recent Reply Memorandum, Norex will not be able to use these documents.

4. Following the March 9, 2005 Order, I informed counsel for BP America that Norex planned to use responsive documents in the deposition of Professor Solomon and, further, informed counsel that the date of examination had been rescheduled to April 14, 2004.

5. Costs and attorney fees incurred during work on the above captioned matter due in response to the objections of BP America, Inc. to the subpoena at issue, including (a) Norex's Motion to Compel, (b) Norex's Opposition to BP America Inc.'s Cross-Motion to Quash, (c) Norex's Opposition to BP's Motion for Partial Reconsideration and Partial Stay, (d) Norex's Cross-Motion to Compel the Production of All Remaining Responsive Documents; and (e) Norex's Motion for Sanctions were in excess of $75,000.

6. The above excludes the costs and attorney fees related to filing the underlying Petition.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Date: <u>April 12, 2005</u>  /s/ Bruce S. Marks
Bruce S. Marks, Esq.