IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOREX PETROLEUM LIMITED**<br><br>**Petitioner,**<br><br>v.<br><br>**CHUBB INSURANCE COMPANY OF CANADA**<br>        **et al**<br><br>**Respondents.** | No.   1:04-MC-00281-CKK |

## ORDER

And, now, on this _____ day of _____, 2005, upon consideration of Norex Petroleum Limited's Motion for Sanctions and any response thereto, it is hereby ORDERED that the Motion for Sanctions is GRANTED and BP shall pay Norex's costs and attorney fees in the amount of $75,000 for BP's willful failure to comply with the March 9, 2005 Order.

Dated: _____, 2005          _____
                                                                            Colleen Kollar-Kotelly, J.

## SERVICE LIST

Bruce S. Marks, Esq.
MARKS & SOKOLOV, LLC
1835 Market Street, 28th Floor
Philadelphia, PA 19103

Charles J. Cooper, Esq.
Vincent J. Colatriano, Esq.
COOPER & KIRK, PLLC
Suite 200
1500 K Street, N.W.
Washington, D.C.  20005

Gene J. Bodnar, Esquire
Macleod Dixon LLP
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
Canada T2P 4H2

J. Robert Black, Esquire
Havelock B. Madill, Esquire
BROWNLEE, LLP
Suite 2200, Commerce Place
10155 –102nd Street
Edmonton, AB, Canada T5J 4G8

CHUBB INSURANCE COMPANY OF CANADA
One Financial Place, 16th Floor,
1 Adelaide Street East,
Toronto, ON, M5C 2V9 Canada

INGOSSTRAKH INSURANCE COMPANY LTD,
12, Pjatnitskaja Street,
115998, Moscow, M-35 Russia

GREAT NORTHERN INSURANCE COMPANY
15 Mountain View Road
P.O. Box 1615
Warren, NJ 07061-1615 USA

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue N.W.
Suite 800
Washington, D.C. 20006