## CERTIFICATE OF SERVICE

      I, Maria Temkin, hereby certify that a true and correct copy of the Petitioner Norex Petroleum Limited's Memorandum of Law in Support of Motion for Sanctions and in Further Support of Norex's Cross-Motion to Compel the Production of All Remaining Responsive Documents, along with supporting exhibits and Proposed Orders were served on April 12, 2005, via first class mail upon the following persons:

Gene J. Bodnar, Esquire
Macleod Dixon LLP
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
Canada T2P 4H2

J. Robert Black, Esquire
BROWNLEE, LLP
Suite 2200, Commerce Place
10155 – 102nd Street
Edmonton, Alberta
Canada T5J 4G8

Havelock B. Madill, Esquire
BROWNLEE, LLP
Suite 2200 Commerce Place
10155 – 102nd Street
Edmonton, AB, Canada T5J 3G8

Daryl A. Libow, Esquire
SULLIVAN & CROMWELL, LLP
1701 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006

CHUBB INSURANCE COMPANY OF CANADA
One Financial Place, 16th Floor,
1 Adelaide Street East,
Toronto, ON, M5C 2V9 Canada

INGOSSTRAKH INSURANCE COMPANY LTD,
12, Pjatnitskaja Street,
115998, Moscow, M-35 Russia

GREAT NORTHERN INSURANCE COMPANY
15 Mountain View Road
P.O. Box 1615
Warren, NJ 07061-1615 USA

MARKS & SOKOLOV, LLC

By: _____/s/ M. Temkin_____
     Maria Temkin

Date: 4/12/05