## CERTIFICATE OF SERVICE

I, Maria Temkin, hereby certify that a true and correct copy of the Petitioner Norex Petroleum Limited's Reply Memorandum in Support of Its Motion for Sanctions was served on April 20, 2005, via first class mail upon the following persons:

Gene J. Bodnar, Esquire
Macleod Dixon LLP
3700 Canterra Tower
400 Third Avenue SW
Calgary, Alberta
Canada T2P 4H2

Havelock B. Madill, Esquire
BROWNLEE, LLP
Suite 2200 Commerce Place
10155 – 102nd Street
Edmonton, AB, Canada T5J 3G8

CHUBB INSURANCE COMPANY OF CANADA
One Financial Place, 16th Floor,
1 Adelaide Street East,
Toronto, ON, M5C 2V9 Canada

J. Robert Black, Esquire
BROWNLEE, LLP
Suite 2200, Commerce Place
10155 – 102nd Street
Edmonton, Alberta
Canada T5J 4G8

Daryl A. Libow, Esquire
SULLIVAN & CROMWELL, LLP
1701 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006

INGOSSTRAKH INSURANCE COMPANY LTD,
12, Pjatnitskaja Street,
115998, Moscow, M-35 Russia

GREAT NORTHERN INSURANCE COMPANY
15 Mountain View Road
P.O. Box 1615
Warren, NJ 07061-1615 USA

MARKS & SOKOLOV, LLC

By: _____
Maria Temkin

Date: 4/20/05