UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOREX PETROLEUM LTD,

    Petitioner,

v.

CHUBB INSURANCE CO. OF CANADA, *et al*.,

    Respondent.

Misc. Action No. 04-0281  (CKK)

**ORDER**
(May 23, 2005)

In accordance with the accompanying Memorandum Opinion, it is this 23rd day of May, 2005, hereby

ORDERED that BP America's Motion for Partial Reconsideration [18] is GRANTED; it is further

ORDERED that Norex's Cross-Motion to Compel is DENIED; it is further

ORDERED that BP America's Motion to Stay [18] is found to be MOOT; it is further

ORDERED that Norex's Motion for Sanctions [21] is DENIED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge